**No. P69/8.**—Morris Friedman & Co. et al. *v.* United States, protests 64/1558, etc. (Philadelphia).

Newman, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bulrush, corn husk, or maize baskets similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558) and *Morris Friedman* v. *United States* (58 Cust. Ct. 456, C.D. 3019), the claim of the plaintiffs was sustained.